UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **Dennis Cadorniga,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**Equifax Information Services, LLC; Experian Information Solutions, Inc.; Ocwen Loan Servicing, LLC; PHH Mortgage Corporation; and DOES 1 through 100 inclusive**,<br><br>　　　　　　Defendants. | CASE NO. 3:20-cv-00072-AC<br><br>**ORDER DISMISSING DEFENDANTS OCWEN LOAN SERVICING, LLC AND PHH MORTGAGE CORPORATION WITH PREJUDICE**<br><br>Judge:　Hon. John V. Acosta |

Upon review of the Agreed Motion to Dismiss with Prejudice the Claims Against Defendants Ocwen Loan Servicing, LLC and PHH Mortgage Corporation asserted by Plaintiff Dennis Cadorniga, and after considering the same, it is hereby

ORDERED that the Motion is GRANTED and that Ocwen Loan Servicing, LLC and PHH Mortgage Corporation are DISMISSED WITH PREJUDICE from this action pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS FURTHER ORDERED that each party shall bear their own costs and attorneys' fees.

Dated this 12th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JOHN V. ACOSTA